# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

WADE DEVENEY,

    Petitioner,

v.                                        Case No. 1:20-cv-23-AW-GRJ

DIXIE COUNTY 3rd JUDICIAL
CIRCUIT COURT, et al.,

    Respondent.
_____/

## **ORDER OF DISMISSAL**

I have considered the magistrate judge's January 28, 2020 Report and Recommendation. ECF No. 3. No objections were filed. (The mail was returned, indicating Mr. Deveney was not in custody. ECF No. 5. This is consistent with the magistrate judge's conclusion.) It is now ORDERED:

    1.    The Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    The clerk will enter a judgment that says "The petition is dismissed for lack of jurisdiction."

    3.    The Clerk will close the file.

SO ORDERED on March 23, 2020.

                                                s/ *Allen Winsor*
                                                United States District Judge